IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY HENRY, : | |
| Plaintiff : | |
| : | No. 1:18-cv-02233 |
| v. : | |
| : | (Judge Rambo) |
| STUART KOCH et al., : | |
| Defendants : | |

**ORDER**

**AND NOW**, on this 18th day of December 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED** and the complaint is deemed filed;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** and without leave to amend as any amendment would be futile. See Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge